# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CENTRAL PROPERTIES/BMO HARRIS
D/B/A CENTRAL PROPERTIES

VERSUS

KEITH B. LAGARDE, ADMINISTRATOR
OF THE SUCCESSIONS OF EDWIN J.
LAGARDE, JR., AND ANNADELL
BENOIT LAGARDE

NO.   2021 CW 0225

**MAY 06, 2021**

---

In Re:    Central  Properties/BMO  Harris  D/B/A  Central
Properties, applying for supervisory writs, 17th
Judicial District Court, Parish of Lafourche, No.
140205.

---

BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT GRANTED.** The trial court committed legal error in rendering its Order Nullifying Judgment *sua sponte*. See La. Code Civ. P. art. 2002; **Succession of Ard v. Hammond Mobile Homes, LLC,** 2018-1216 (La. App. 1st Cir. 4/12/19), 2019 WL 1578169 (unpublished). To the extent the trial court seeks to non-substantively amend its prior judgment, La. Code Civ. P. art. 1951 provides: "On motion of the court or any party, a final judgment may be amended at any time to alter the phraseology of the judgment, but not its substance, or to correct errors of calculation. The judgment may be amended only after a hearing with notice to all parties, except that a hearing is not required if all parties consent or if the court or the party submitting the amended judgment certifies that it was provided to all parties at least five days before the amendment and that no opposition has been received." The provisions of La. Code Civ. P. art. 1951 were not met herein. Furthermore, any substantive amendments to judgments can be made only after a party has successfully litigated a timely application for new trial, an action for nullity, or a timely appeal. See **Frisard v. Autin,** 98-2637 (La. App. 1st Cir. 12/28/99), 747 So.2d 813, 818, writ denied, 2000-0126 (La. 3/17/00), 756 So.2d 1145. The Louisiana Supreme Court has also recognized that, on its own motion, and with the consent of the parties, the trial court may amend a judgment substantively. **Id.** (citing **Villaume v. Villaume,** 363 So.2d 448, 451 (La. 1978)). The provisions for a substantive amendment likewise were not met herein. Accordingly, the trial court's February 2, 2021 Order Nullifying Judgment is hereby vacated.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT